**Order entered March 2, 2020**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-19-01152-CR
No. 05-19-01153-CR
No. 05-19-01154-CR
No. 05-19-01156-CR
No. 05-19-01157-CR

**JOHNNY MONARREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-42334-V, F18-11034-V, F18-42333-V,**
**F19-00036-V & F18-42332-V**

### ORDER

On February 5, 2020, we ordered court reporter Peri Wood to file a supplemental reporter's record with true and correct copies of State's Exhibits 5 and 6, DVDs of the store surveillance video camera. To date, Ms. Wood has not complied.

We **ORDER** court reporter Peri Wood to file a supplemental reporter's record containing true and correct viewable or playable copies of these exhibits within **TEN DAYS** of the date of this order. Failure to do so will result in the Court ordering Ms. Woods not to sit until the supplemental reporter's record is filed.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE